IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In the Matter of the Search of :
:
2802 Concord Pike, Wilmington, DE 19803; :
3607 Kirkwood Highway, Wilmington, DE 19808; :
2911 Philadelphia Pike, Claymont, DE 19703; :
30 South Chapel Street, Newark, DE 19711; : Case No. MC 08-151
101 N. Dupont Highway, New Castle, DE 19720; :
2960 Kirkwood Highway, Newark, DE 19711; and :
1530 N. Dupont Highway, New Castle, DE 19720 :

**MOTION TO SEAL**

 NOW COMES the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves the Court to order and direct that the above-captioned search warrant application, affidavit, and warrants in this case be SEALED until further order of the Court.

 Respectfully submitted,

 COLM F. CONNOLLY
 United States Attorney

 BY: _____
 Lesley F. Wolf
 Assistant United States Attorney

Dated: August 12, 2008

IT IS SO ORDERED this __12__ day of ___August___, 2008.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge